NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV,**
*Plaintiffs-Appellees*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant*

---

2025-1228

---

Appeal from the United States District Court for the District of New Jersey in No. 2:18-cv-00734-CCC-LDW, Judge Claire C. Cecchi.

---

**ON MOTION**

---

**ORDER**

Teva Pharmaceuticals USA, Inc. submits a motion to expedite briefing and oral argument, stating that Janssen Pharmaceuticals, Inc and Janssen Pharmaceutica, NV oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Any opposition to the motion to expedite is due no later than December 9, 2024.  Any reply in support of the motion is due no later than three days after service of the opposition.

FOR THE COURT

/s/ Jarrett B. Perlow

Jarrett B. Perlow
Clerk of Court

<u>December 3, 2024</u>
Date