

www.pbwt.com

December 18, 2024

Barbara L. Mullin
Partner
(212) 336-2468
bmullin@pbwt.com

<u>Via ECF</u>

Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: *Janssen Pharms., Inc. v. Teva Pharms. USA, Inc.*, No. 25-1228, <u>Appellees' Supplemental Submission Regarding Their Cross-Motion for an Extension of Time</u>

Dear Mr. Perlow:

Pending before the Court are Appellants' motion to expedite the briefing schedule and oral argument (ECF#6 & ECF#15) and Appellees' cross-motion for an extension of time for their brief (ECF#13 & ECF#16). Appellees write to inform the Court that an additional conflict emerged after briefing on the cross motions was completed on December 16, 2024.

On December 17, 2024, Appellees received notice that oral argument in a separate matter pending before this Court, *Janssen Pharmaceuticals, Inc. v. Mylan Laboratories Ltd.*, No. 23-2042, has been scheduled for February 6, 2025. The same counsel responsible for briefing the above-captioned appeal on behalf of Appellees will be responsible for presenting oral argument in No. 23-2042. This oral argument creates an additional conflict that warrants granting Appellees' cross-motion to extend time.

Respectfully submitted,

*/s/ Barbara L. Mullin*

Barbara L. Mullin

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222