NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV,**
*Plaintiffs-Appellees*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant*

2025-1228

Appeal from the United States District Court for the District of New Jersey in No. 2:18-cv-00734-CCC-LDW, Judge Claire C. Cecchi.

**ON MOTION**

PER CURIAM.

**O R D E R**

Teva Pharmaceuticals USA, Inc. moves to expedite briefing and oral argument in this appeal. Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica NV (collectively, "Janssen") oppose the motion and conditionally move for an extension of time to file their response brief if

Teva files its opening brief by December 20, 2024, as proposed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that Teva's opening brief is due no later than December 20, 2024, Janssen's response brief is due no later than February 5, 2025, the reply brief is due no later than February 19, 2025, and the joint appendix is due no later than February 21, 2025. No extensions of time will be granted, and the case will be placed on the April 2025 oral argument calendar.

FOR THE COURT

December 18, 2024
Date

Jarrett B. Perlow
Clerk of Court