# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## AMENDED ENTRY OF APPEARANCE

**Case Number:** Nos. 2025-1228, -1252 (consolidated)

**Short Case Caption:** Janssen Pharmaceuticals, Inc. v. Mylan Laboratories Ltd.

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| Mylan Laboratories Ltd | |
| **Principal Counsel:** Deepro R. Mukerjee | Admission Date: 2012 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP | |
| Address: 50 Rockefeller Plaza, New York, NY 10020 | |
| Phone: 212-940-8552 | Email: deepro.mukerjee@katten.com |
| **Other Counsel:** Lance A. Soderstrom | Admission Date: 2016 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP | |
| Address: 50 Rockefeller Plaza, New York, NY 10020 | |
| Phone: 212-940-6330 | Email: lance.soderstrom@katten.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/21/25

Signature: /s/ Deepro R. Mukerjee

Name: Deepro R. Mukerjee

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Eric T. Werlinger | Admission Date: 2014 |
|---|---|
| Firm/Agency/Org.: Katten Muchin Rosenman LLP | |
| Address: 1919 Pennsylvania Ave. NW, Suite 800, Washington D.C. 20006 | |
| Phone: 202-625-3553 | Email: eric.werlinger@katten.com |
| **Other Counsel:** Tim Gray | Admission Date: 2022 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP | |
| Address: 1919 Pennsylvania Ave. NW, Suite 800, Washington D.C. 20006 | |
| Phone: 202-625-3608 | Email: timothy.gray@katten.com |
| **Other Counsel:** Jillian Schurr | Admission Date: 2021 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP | |
| Address: 2121 North Pearl Street, Suite 1100, Dallas, TX 75201 | |
| Phone: (214) 765-3684 | Email: jillian.schurr@katten.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |