# Nos. 25-1228, -1252 (consolidated)

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2025-1228

JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA NV,
*Plaintiffs-Appellees,*

v.

TEVA PHARMACEUTICALS USA, INC.,
*Defendant-Appellant.*

Appeal from the U.S. District Court for the District of New Jersey, Case No. 2:18-CV-734, Judge Claire C. Cecchi

----------------------------------

No. 2025-1252

JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA NV,
*Plaintiffs-Appellees,*

v.

MYLAN LABORATORIES LIMITED,
*Defendant-Appellant.*

Appeal from the U.S. District Court for the District of New Jersey, Case No. 2:19-CV-16484, Judge Claire C. Cecchi

## APPELLANTS' NOTICE OF CORRECTION TO REPLY BRIEF

The corrected reply brief, filed concurrently with this notice, makes the following changes to the previous corrected reply brief (ECF#38):

To address the Clerk's Office's February 21, 2025 reminder message (ECF#40), Appellants have updated and corrected the contact information on the cover and in the signature block for Mylan's counsel, so that it matches the amended entry of appearance also submitted today (ECF#41).  No other changes have been made to the brief, and Appellants respectfully request that the Court accept the brief for filing.

February 21, 2025

/s/ Deepro R. Mukerjee
    (signed with permission)

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
(212) 940-6330

Eric T. Werlinger
Timothy H. Gray
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave. NW
   Suite 800
Washington, DC 20006
(202) 625-3500

Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600

*Counsel for Appellant Mylan Laboratories Limited*

Respectfully submitted,

/s/ John C. O'Quinn

John C. O'Quinn
William H. Burgess
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 389-5000

Jeanna M. Wacker
Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800

Noah Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7570

*Counsel for Appellant Teva Pharmaceuticals USA, Inc.*