# United States Court of Appeals for the Federal Circuit

---

**JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV,**
*Plaintiffs-Appellees*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant*

---

2025-1228

---

Appeal from the United States District Court for the District of New Jersey in No. 2:18-cv-00734-CCC-LDW, Judge Claire C. Cecchi.

-----------------------------------------------------

**JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV,**
*Plaintiffs-Appellees*

**v.**

**MYLAN LABORATORIES LTD.,**
*Defendant-Appellant*

---

2025-1252

---

Appeal from the United States District Court for the District of New Jersey in No. 2:19-cv-16484-CCC-LDW, Judge Claire C. Cecchi.

---

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 8, 2025
Date

Jarrett B. Perlow
Clerk of Court